## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BRIAN EDWARD SMITH, | ) | CASE NO. 21-30007-lkg |
| | ) | |
| Debtor, | ) | |

## **O R D E R**

The Court having considered the Application of the trustee to employ C. Andrew Head and the Head Law Firm, LLC. *nunc pro tunc* as special counsel for Donald M. Samson, trustee, and the Declaration of C. Andrew Head, attorney, in support thereof, and it appearing that C. Andrew Head is a disinterested person and his employment is in the best interest of the estate and the economical administration thereof;

**IT IS HEREBY ORDERED** that Donald M. Samson, trustee herein, is authorized to employ C. Andrew Head, attorney, and the Head Law Firm LLC. *nunc pro tunc* from January 12, 2021, to act as special counsel for the trustee and the estate with compensation and costs to be paid in such amounts as may be approved by the District Court in which the subject litigation is pending and approved by this Court pursuant to 11 U.S.C. § 330.

**IT IS FURTHER ORDERED** that counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: March 17, 2021

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/3